[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 7, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-16104

_____

D. C. Docket No. 06-01021-CV-BE-S

STRAUS & BOIES, LLP,

Plaintiff-Appellant,

versus

E. RANDOL SCHOENBERG,
E. RANDOL SCHOENBERG LAW OFFICES,
BURRIS & SCHOENBERG, L.L.P.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(June 7, 2007)**

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,[*]
District Judge.

_____

[*]Honorable J. Owen Forrester, United States District Judge for the Northern District of
Georgia, sitting by designation.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's September 14, 2006 order dismissing without prejudice Plaintiff-Appellant's complaint against Defendants-Appellees based on lack of personal jurisdiction.

**AFFIRMED.**